IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00020-01 |
| | ) | JUDGE HAYNES |
| JESSE SANTO PECORA | ) | |

## MOTION TO CONTINUE PLEA DEADLINE OR PRETRIAL CONFERENCE

Comes now the Defendant, Jesse Pecora, through counsel, and respectfully moves this Honorable Court to continue the plea deadline or pretrial conference currently set for Monday October 6, 2014 at 1:30 p. m. (D.E. #120) until Wednesday October 8, 2014 or any later date that is convenient with the Court. In support of this motion counsel would show as follows:

1. Counsel is scheduled for a mediation hearing in Atlanta Georgia on Monday October 6, 2014 at 10:00 a.m. before the retired Justice Norman Fletcher. This mediation hearing has been scheduled for more than three weeks and would cause a financial hardship to counsel's client to continue the mediation.

2. AUSA Philip H. Wehby and counsel are having a proffer meeting with Jesse Pecora on Friday October 3, 2014 and hope to have a plea agreement in place by Tuesday October 7, 2014.Counsel does not anticipate this cause going to trial.

3. AUSA Wehby has authorized me to state the Government has no opposition to this motion.

*[Handwritten notation: Granted. This motion is granted. The plea hearing is reset for October 17, 2014 at 1:30 pm.]*

Case 3:11-cr-00020   Document 121   Filed 10/01/14   Page 1 of 2 PageID #: 294

Respectfully submitted,

S/ David I. Komisar
David I. Komisar BPR 9207
Attorney for Jesse Pecora
211 Printers Alley Building 4th Floor
Nashville, TN 37201
(615) 242-2675

Certificate of Service

I hereby certify that a true and exact copy of the foregoing motion has been sent via the CM/EFC system to Assistant U.S. Attorney Philip H. Wehby on this the 1st day of October 2014.

S/ David I. Komisar

David I. Komisar