# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00020-01 |
| | ) | JUDGE HAYNES |
| JESSE SANTO PECORA | | |

*[handwritten annotations: "ORDER — This motion is GRANTED." with signature and date notation "10-17-14"]*

## JOINT MOTION TO CONTINUE PLEA HEARING AND TRIAL

Comes now the Defendant, Jesse Pecora, through counsel, and the Government and respectfully moves this Honorable Court to continue the plea hearing date set for Friday October 17, 2014 at 4:30 p. m. in Columbia Tennessee until any day next week that is convenient to the Court. In the event the Court continues the plea hearing past the trial date of Tuesday October 21, 2014, the parties move to continue the trial date. In support of this motion the parties would show as follows:

1. The plea hearing was originally set to be heard in Nashville. AUSA Wehby has a matter before Judge Trauger at 3:00 p.m. and cannot be in Columbia at 4:30.

2. A plea petition has been submitted to the Court and there will not be a trial.

3. AUSA Wehby has authorized me to state the Government joins in this motion.

Respectfully submitted,

S/ David I. Komisar
David I. Komisar BPR 9207
Attorney for Jesse Pecora
211 Printers Alley Building 4th Floor