IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:11-cr-00020 |
| v. ) | Judge Haynes |
| ) | |
| JESSE SANTO PECORA ) | |

## ORDER

The sentencing hearing in this action currently set for Monday, January 26, 2015 at 3:00 p.m is hereby reset for **Monday, January 26, 2015 at 10:30 a.m.** in the United States Courthouse in Nashville, Tennessee.

It is so **ORDERED**.

ENTERED this the 6th day of November, 2014.

WILLIAM J. HAYNES, JR.
United States District Judge